# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D17-1964
1D17-2409

_____

THE PENN MUTUAL LIFE
INSURANCE COMPANY,

    Appellant,

    v.

THOMAS Y. CROWE, individually,
and TYC MANAGEMENT, INC.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Charles W. Arnold, Judge.
Tatiana R. Salvador, Judge.


June 25, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Kristina B. Pett of McDowell Hetherington LLP, Boca Raton; and David T. McDowell and Amy B. Boyes, Houston, Texas, for Appellant.

Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for Appellees.